**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: BOYLAN<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 01-73 ADM/SRN and 01-158(1) ADM/SRN |
| THUAN HOA TO,<br>a/k/a John To & Johnny, | ) | Date: 12/7/05 |
| | ) | Court Reporter: None |
| | ) | Tape Number: 2005- |
| Defendant. | | Time Commenced: 1:40 p.m. |
| | | Time Concluded: 1:50 p.m. |
| | | Time in Court: 10 Minutes |

## APPEARANCES:

**Plaintiff:** Joe Dixon
Assistant U.S. Attorney

**Defendant:** Virginia Villa

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Interpreter: Cong Hoang (Betmar) Language: Vietnamese

Date Charges Filed: June 6, 2001 and June 12, 2001 Offense: Conspiracy, Interstate travel to engage in prostitution, Money laundering

√ Charges read into record ☐ Waived Reading of Charges ☐ Advised of Rights

on √ (2) Indictments ☐ Information ☐ Complaint

√ Defendant acknowledged that his rights were given to him in Nevada.

√ A detention hearing was held in Nevada and the Defendant was Ordered detained.

√ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/Kathy Thobe
Signature of Judicial Assistant