UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THUAN HOA TO,

Defendant.

Criminal No. 01-73 ADM/SRN
Criminal No. 01-158(1) ADM/SRN

ORDER

The Defendant appeared for arraignment on December 7, 2005. Joe Dixon, Assistant U.S. Attorney, appeared on behalf of Plaintiff United States of America; Virginia Villa appeared on behalf of Defendant.

Defendant is charged under his true name. The Defendant waived the reading of the Indictment and entered a plea of not guilty to all Counts in both cases.

The Government shall make disclosure of all Rule 16 material on or before December 16, 2005. Motions shall be filed on or before December 23, 2005. The Government's Response shall be filed on or before December 30, 2005. Oral argument on these motions will be heard before Magistrate Judge Susan Richard Nelson in Courtroom 9E, Federal Courts Building, 300 South Fourth Street, Minneapolis, Minnesota, on January 6, 2006 at 9:30 a.m. in CR 01-73 ADM/AJB and January 6, 2006 at 11:00 a.m. in CR 01-158(1). If Defendant's pleadings show that an evidentiary hearing is required, it will be held at the same time and place.

Voir Dire and Jury Instructions shall be filed with U.S. District Court Judge Montgomery's Clerk by February 1, 2006. Trial will commence before Judge Ann D. Montgomery on February 8, 2006 at 9:30 a.m. on both cases.

Dated: December 8, 2005

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge