UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-158(ADM/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THUAN HOA TO,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.
01-158(ADM/SRN)

Defendant Name
Thuan Hoa To

Remove AUSA
James E. Lackner

Add AUSA
Joseph T. Dixon, III

Dated: December 8, 2005

THOMAS B. HEFFELFINGER
United States Attorney

*s/ James E. Lackner*

BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID No. 59298