AO 442 (Rev. 5/93) Warrant for Arrest

SECRET
ORIGINAL
JUN 7 8 30 AM '01
RECEIVED
U.S. MARSHAL
ST PAUL, MINN.

# *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MINNESOTA*

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

THUAN HOA TO
a/k/a John To & Johnny

CASE NUMBER: **Cr 01-158 (01) ADM/SRN**

To: The United States Marshal
and any Authorized United States Officer

0141-0613-0516-J

YOU ARE HEREBY COMMANDED to arrest Thuan Hoa To, a/k/a John To & Johnny
*unknown*

and bring him or her forthwith to the nearest magistrate judge to answer an INDICTMENT charging him or her with COUNT 1: Conspiracy in violation of Title 18, U.S.C., §371; COUNTS 2-7: Interstate travel to engage in prostitution / aiding & abetting in violation of Title 18, U.S.C., §§2 and 2422(a); COUNTS 8-10: Money laundering / aiding & abetting in violation of Title 18, U.S.C., §§1956(a)(1)(A) and 2.

RECEIVED
05 DEC 13 PM 3:17
CLERK, US DIST COURT
MINNEAPOLIS, MN

Ordered by Donovan W. Frank, United States District Court Judge

Patricia J Sabin

(By) Patricia J. Sabin, Deputy Clerk

June 6, 2001 - St. Paul, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ______________________ Date of Arrest: ______________________

ARRESTED ON 10-31-05
ARRESTED BY FBI - Las Vegas

Name and Title of Arresting Officer Signature of Arresting Officer

U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
DEC 13 2005
U.S. DISTRICT COURT MPLS

n:/.../warrant.frm