# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>THUAN HOA TO,<br>Defendant. | ) | **COURT MINUTES - CRIMINAL**<br><br>Case No: 01-158(1)(ADM/SRN)<br>Date: January 9, 2006<br>Court Reporter: Tim Willette<br>Time Commenced: 10:00 a.m.<br>Time Concluded: 10:30 a.m.<br>Time in Court: 30 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
For Plaintiff: Joe Dixon
For Defendant: Rick Mattox
Interpreter/Language: Cong Hoang / Vietnamese

PROCEEDINGS:
: PLEA:
: Guilty as to Count: 2
Defendant also sentenced at this time before Ann D. Montgomery (see separate sentencing minutes).

s/Gertie Simon
Courtroom Deputy