# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

THUAN HAO TO,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 01-158(1)(ADM/SRN)
Date: January 9, 2006
Court Reporter: Tim Willette
Time Commenced: 10:30 a.m.
Time Concluded: 11:00 a.m.
Time in Court: 30 Minutes

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Joe Dixon
For Defendant: Rick Mattox
Interpreter/Language: Cong Hoang / Vietmamese

**Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | X | | 6 months | | 3 years | | |

Special conditions of supervised release:

**See J&C for special conditions**

Defendant sentenced to pay:
Special assessment in the amount of $100 to be paid immediately.

Defendant will be released from custody since he has received a split sentence and he already served the in-custody portion of this sentence.

s/Gertie Simon
Courtroom Deputy