hsm

AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

Released to time

# United States District Court
## District of Minnesota

Served 1/9/06

2006 JAN 12 A 10: 27

UNITED STATES OF AMERICA
v.
**THUAN HOA TO**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **01-158(1)(ADM/SRN)**
USM Number: 40565-048
Social Security Number: 1153
Date of Birth: 1965

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**Richard Mattox**
Defendant's Attorney

RECEIVED
FEB 10 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**THE DEFENDANT:**

[X] pleaded guilty to count: 2.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2422(a) & 2 | Aiding and Abetting Coercion and Enticement for Interstate Prostitution | July 2000 | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Counts **1, 3, 4, 5, 6, 7, 8, 9, and 10 in this case and all of the counts as to this defendant in Case No. 01-73(4)(ADM/SRN)** are dismissed on the motion of the United States.

Defendant shall pay a special assessment of $100 which shall be due immediately.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the economic circumstances.

**January 9, 2006**
Date of Imposition of Judgment
s/Ann D. Montgomery

Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

**January 11, 2006**
Date

A true printed copy in 4 sheet(s)
of the electronic record filed on 1/11/06
in the United States District Court
for the District of Minnesota.
CERTIFIED, 1/11, 2006
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
FEB 14 2006
U.S. DISTRICT COURT MPLS

DEFENDANT: THUAN HOA TO
CASE NUMBER: 01-158(1)(ADM/SRN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **time served (over 2 months)**.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

a ________________________, with a certified copy of this Judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal

DEFENDANT: THUAN HOA TO
CASE NUMBER: 01-158(1)(ADM/SRN)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: THUAN HOA TO
CASE NUMBER: 01-158(01)(ADM/SRN)

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d Because the instant offense is not drug related and the defendant does not have a history of drug abuse, the defendant is not required to undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

e The defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

f The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation office.

g The defendant shall participate for a period of 120 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

h The defendant shall comply with all immigration rules and regulations and, if deported from this country either voluntarily or involuntarily, not reenter the United States illegally. Upon any reentry to the United States during the period of court-ordered supervision, defendant shall report to the nearest U.S. Probation Office within 72 hours.

i The defendant shall submit your person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you shall warn any other residents that the premises may be subject to searches pursuant to this condition.